# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-18-00053-CV

**Glenn Hegar, Comptroller of Public Accounts of the State of Texas; and
Ken Paxton, Attorney General of the State of Texas, Appellants**

**v.**

**Michael D's Restaurant San Antonio, Inc., Appellee**

### FROM THE 250TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-17-005915, THE HONORABLE KARIN CRUMP, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The parties have filed an agreed motion to dismiss this appeal. The parties inform us that appellee has nonsuited its claims in the trial court. The parties move for dismissal of the appeal with prejudice to its refiling by any party. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(2)(A).

_____

Jeff Rose, Chief Justice

Before Chief Justice Rose, Justices Baker and Kelly

Dismissed on Agreed Motion

Filed: October 2, 2020